**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01183-JRG-RSP |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| LVMH WATCH & JEWELRY USA, INC. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT

SYMBOLOGY INNOVATIONS, LLC ("Plaintiff" or "Symbology") files this Unopposed Motion to Substitute Defendant.  On September 3, 2015, Plaintiff filed its Original Complaint against Defendant, TAG HEUER USA. Counsel for LVMH Watch & Jewelry USA, Inc. informed Plaintiff's counsel that TAG Heuer USA is a non-existent entity and that LVMH Watch & Jewelry USA, Inc. is understood to be the intended Defendant.  The parties have agreed, therefore, to substitute LVMH Watch & Jewelry USA, Inc. for TAG Heuer USA in this case.

Plaintiff therefore moves the Court to substitute Defendant, LVMH Watch & Jewelry USA, Inc. for TAG Heuer USA.

Dated: September 3, 2015                    Respectfully submitted,


                                           /s/ Jay Johnson
                                           **JAY JOHNSON**
                                           State Bar No. 24067322
                                           **D. BRADLEY KIZZIA**
                                           State Bar No. 11547550
                                           **ANTHONY RICCIARDELLI**
                                           State Bar No. 24070493
                                           **BROWN FOX KIZZIA & JOHNSON PLLC**
                                           750 N. St. Paul Street, Suite 1320
                                           Dallas, Texas 75201
                                           (214) 613-3350
                                           Fax: (214) 613-3330
                                           jay@kpllc.com
                                           brad@kpllc.com
                                           anthony@brownfoxlaw.com

                                           **ATTORNEYS FOR PLAINTIFF**


### CERTIFICATE OF CONFERENCE

Pursuant to Local Court Rule CV-7(i), I certify that on September 3, 2015, Jay Johnson, counsel for Plaintiff Symbology Innovations, LLC, conferred with Mr. Ricardo Bonilla, counsel for Defendant LVMH Watch & Jewelry USA regarding this Motion.  Mr. Bonilla confirmed that Defendant agrees with the Motion.

                                           /s/ Jay Johnson
                                           Jay Johnson

### CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 3, 2015.

                                           /s/ Jay Johnson
                                           Jay Johnson