# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:15-cv-01183-JRG-RSP |
| | § | |
| vs. | § | |
| | § | |
| LVMH WATCH & JEWELRY USA, INC. | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |

## ORDER ON UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT

On this day the Court considered the Unopposed Motion to Substitute Defendant. Dkt. No 5.  The Court is of the opinion that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that Defendant, LVMH Watch & Jewelry USA, Inc. is substituted for TAG Heuer USA.

**SIGNED this 9th day of September, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE